**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA | :  No. 379 Judicial Classification Docket<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of July, 2023, upon consideration of the Petitions of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent assignment of Judges to the Philadelphia Court of Common Pleas Trial Division, said Petitions are **GRANTED** and the following judges are assigned to the Trial Division of the Court of Common Pleas of the First Judicial District:

The Honorable Chesley Lightsey

The Honorable Natasha Taylor-Smith

The Honorable Samantha Williams

The Honorable Kay Yu